UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 23 1996

Michael N. Milby, Clerk
By Deputy:

CIVIL ACTION NO. H-96-0196

BOUNTY-FULL ENTERTAINMENT, INC., ET AL., V. FOREVER BLUE ENTERTAINMENT GROUP, INC. ET AL.,

Appearance for Plaintiff(s)

Ross Spence

Appearance for Defendant(s)

Tradewinds Television
and Action Media
Neal Kennedy

ORDER following a conference call held January 23, 1996.
Time: 11:30 a.m. Court Reporter: Smith  Law Clerk: Nixon

The Plaintiffs' motion for temporary injunction and temporary injunction is denied without prejudice because the Court finds that it is without authority to enjoin the conduct complained about, and the Court questions whether it has jurisdiction of the parties in this case.

The defendants shall file a motion to dismiss and brief on January 29, 1996, a response shall be filed by February 2, 1996. (Jurisdiction only)

It is so Ordered.

THE CLERK SHALL FILE THIS ORDER AND MAIL COPIES TO COUNSEL.
DATE: Jan. 23, 1996

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE