# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BOUNTY-FULL ENTERTAINMENT, INC., as General Partner of ABH Partners, Ltd, ANDREW MEARS, and ROD MITCHELL, | § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CASE NO. H-96-0196 |
| FOREVER BLUE ENTERTAINMENT GROUP, INC., TRADEWINDS TELEVISION LLC, ACTION MEDIA GROUP, MANATT, PHELPS, PHILLIPS, a Law Partnership Including Professional Corporations, and JILL M. PIETRINI, Individually, | § § § § § § § § § | |
| Defendants. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
FEB 23 1996
Michael N. Milby, Clerk

## ORDER OF DISMISSAL

On this date came on to be considered the motion to dismiss for lack of personal jurisdiction, improper venue and failure to state a claim upon which relief can be granted, or, in the alternative, motion to transfer venue, filed by Defendants Tradewinds Television LLC, a California limited liability company, and Action Media Group, Inc., a New York corporation. After having considering the Defendants' motion and memorandum of authorities in support thereof, the Plaintiffs' response, the evidence presented, ~~the arguments of counsel,~~ and all other matters properly before it, the Court is of the opinion that said motion is well taken and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that the motion to dismiss of Defendants Tradewinds Television LLC and Action Media Group, Inc. is hereby GRANTED, and accordingly, said defendants are DISMISSED from this lawsuit.

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

j:\manatt\dismiss.ord