

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

**MAR 28 1996**

MICHAEL N. MILBY, Clerk

| | |
|---|---|
| BOUNTY FULL ENTERTAINMENT, INC. § | |
| ET AL § | |
| v § | CIVIL ACTION NO. H 96-196 |
| FOREVER BLUE ENTERTAINMENT § | |
| GROUP, INC., ET AL § | |

O R D E R

The scheduling conference currently set for April 22, 1996 is **reset to** **April 22, 1996** at 4:45 p.m. and will be handled as a **telephone conference.** Counsel who filed or removed the action are responsible for placing the conference call and insuring that all parties are on the line. The call may be placed to (713) 250-5613.

The parties are reminded that they must comply with Fed. R. Civ. P. Rule 26(f) and shall prepare **not less than ten (10) days** before the conference a joint report of meeting and joint discovery/case management plan.

Kenneth M. Hoyt
United States District Judge