

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR 0 2 1996
MICHAEL N. MILBY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOUNTY-FULL ENTERTAINMENT, INC., AS GENERAL PARTNER OF ABH PARTNERS, LTD.; ANDREW MEARS; AND ROD MITCHELL, | § § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-96-0196 |
| FOREVER BLUE ENTERTAINMENT GROUP, INC.; TRADEWINDS TELEVISION LLC; ACTION MEDIA GROUP; MANATT, PHELPS, PHILLIPS, A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATION; AND JILL M. PIETRINI, INDIVIDUALLY, | § § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER VACATING PREVIOUS ORDER OF DISMISSAL AND SUBSTITUTING ORDER DENYING MOTIONS TO DISMISS

Upon reconsideration of the motions to dismiss of the defendants

Tradewinds Television, LLC and Action Media Group, this Court determines

that the previous Order of Dismissal, entered in this cause on February 23, 1996, was improvidently rendered.

Accordingly, this Court now vacates that prior Order of Dismissal and substitutes the following Order Denying Motions to Dismiss and the accompanying opinion.

It is so ORDERED.

Signed this 1st day of April, 1996.

_____
KENNETH M. HOYT
United States District Judge