# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| BOUNTY-FULL ENTERTAINMENT, § <br> INC., as General Partner of § <br> ABH Partners, Ltd, ANDREW § <br> MEARS, and ROD MITCHELL, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FOREVER BLUE ENTERTAINMENT § <br> GROUP, INC., TRADEWINDS § <br> TELEVISION LLC, ACTION MEDIA § <br> GROUP, MANATT, PHELPS, § <br> PHILLIPS, a Law Partnership § <br> Including Professional § <br> Corporations, and JILL M. § <br> PIETRINI, Individually, § <br> § <br> Defendants. § | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF TEXAS <br> ENTERED <br> <br> APR 1 8 1996 <br> <br> Michael N. Milby, Clerk <br> <br> CASE NO. H-96-0196 |

# O R D E R

On this date came on to be considered the unopposed motion to reschedule initial pretrial and scheduling conference and for extension of time to file joint discovery/case management plan, filed by Defendants Tradewinds Television LLC, and Action Media Group, Inc. After having considering the Defendants' motion and all other matters properly before it, the Court is of the opinion that said motion is well taken and should be granted. It is, therefore,

ORDERED that the scheduling conference currently set for April 22, 1996 is reset to _June 20_, 1996 at _4:30pm_ and will be handled as a **telephone conference**. Counsel who filed or removed the action are responsible for placing the

conference call and insuring that all parties are on the line. The call may be placed to (713) 250-5613.

The parties are reminded that they must comply with Fed. R. Civ. P. Rule 26(f) and shall prepare **not less than ten (10) days** before the conference a joint report of meeting and joint discovery/case management plan.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

j:\manatt\extend.ord

2