UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 21 1996

MICHAEL N. ~~~~~

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BOUNTY-FULL ENTERTAINMENT, INC.** | § § § | |
| vs. | § | CIVIL ACTION NO. H-96-0196 |
| **FOREVER BLUE ENTERTAINMENT GROUP, INC.** | § § § § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE HELD ON JUNE 20, 1996 AT 4:30 P.M.

**APPEARANCE FOR PLAINTIFF(S):**   **APPEARANCE FOR DEFENDANT(S):**

William R. Spence                                Neal Allan Kennedy

**THE FOLLOWING SCHEDULE SHALL GOVERN THE DISPOSITION OF THIS CASE:**

| | |
|---|---|
| NEW PARTIES BY: | August 1, 1996 |
| PLAINTIFF'S EXPERTS TO BE DESIGNATED BY: | October 1, 1996 |
| REPORT FURNISHED BY: | October 15, 1996 |
| DEFENDANT'S EXPERTS TO BE DESIGNATED BY: | November 1, 1996 |
| REPORT FURNISHED BY: | November 15, 1996 |
| DISCOVERY TO BE COMPLETED BY: | January 31, 1997 |
| DISPOSITIVE MOTIONS DUE BY: | January 31, 1997 |
| JOINT PRETRIAL ORDER DUE BY: | **February 20, 1997** |
| DOCKET CALL TO BE HELD AT 11:30 A.M. ON: | **March 3, 1997** |
| ESTIMATED TRIAL TIME:          2 - 4 DAYS | **JURY TRIAL** |

N:\WP51\ORDERS\CONF620.MIN

THE FOLLOWING RULINGS WERE MADE:

  The plaintiffs' initial disclosures are to be completed by July 15, 1996, and the defendants' by July 31, 1996 (FRCP 26(f)).

  **The Clerk Is Directed To File This ORDER And Mail Copies To The Parties.**

  It is so ORDERED.

_____
KENNETH M. HOYT
United States District Judge