UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 2 6 1996

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS   Michael N. Milby, Clerk
HOUSTON DIVISION

| | | |
|---|---|---|
| BOUNTY-FULL ENTERTAINMENT, ET AL | § § | |
| V | § § | CIVIL ACTION NO H 96-196 |
| ACTION MEDIA GROUP, ET AL | § | |

O R D E R

The Court has been advised that the defendant is under protection of the automatic stay in bankruptcy. Accordingly, the captiioned case is STAYED. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this Order shall be attached as exhibit to any motion to reinstate.

Signed this  25TH  day of  July 1996.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE