IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BOUNTY-FULL ENTERTAINMENT,      §
INC., as General Partner of     §
ABH Partners, Ltd.; ANDREW      §
MEARS; and ROD MITCHELL         §
                                §
                Plaintiffs      §
VS.                             §
                                §
FOREVER BLUE ENTERTAINMENT      §
GROUP, INC.; TRADEWINDS         §
TELEVISION LLC; ACTION MEDIA    §
GROUP; MANATT, PHELPS,          §
PHILLIPS, a Law Partnership     §
Including Professional          §
Corporation; and JILL M.        §
PIETRINI, Individually          §
                                §
                Defendants      §

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 1 1 1996

Michael N. Milby, Clerk

CIVIL ACTION NO. H 96-0196

## ORDER

Having considered Plaintiffs', BOUNTY-FULL ENTERTAINMENT, INC., as General Partner of ABH Partners, Ltd.; ANDREW MEARS; and ROD MITCHELL Notice of Non-Suit of Action Media Group ("AMG"), the Court finds that good cause has been shown for entry of this Order.

It is therefore ORDERED that all causes of action against AMG are dismissed without prejudice and this case is reinstated on the Court's active docket with the automatic stay of bankruptcy no longer applicable. All scheduling dates under this Court's Docket Control Order shall remain in effect.

SIGNED this 11th day of October, 1996.

_____
UNITED STATES DISTRICT JUDGE

C:\CLNTDOCS\RS\B727-02\309.WPD:dw