**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 2 7 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BOUNTY-FULL ENTERTAINMENT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C. A. No. H 96-196 |
| | § | |
| FOREVER BLUE ENTERTAINMENT | § | |
| GROUP, INC., ET AL | § | |
| Defendant. | § | |

<u>ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT</u>

The Court has been informed by Carl Dawson that a settlement of this cause of action has been reached. The case is DISMISSED without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on February 25, 1997.

KENNETH M. HOYT
United States District Judge